# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2015

### NO. 03-14-00577-CR

**Nicole Dawn Holland, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment revoking community supervision signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment revoking community supervision. Therefore, the Court affirms the district court's judgment revoking community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.